UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 25–80716
Chapter: 11

**FILED**
Aug. 6, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  RB Bioscience Stilwell LLC
  471833 E Hwy 51
  Stilwell, OK 74960

Social Security No.:

Employer's Tax I.D. No.:
  86–2844430

## ORDER

ORDER AND NOTICE OF INCOMPLETE FILINGS. Pursuant to rules of Bankruptcy Procedure 1007, 2015 or 3015, the Debtor(s)/Debtor Attorney shall file the lists, schedules and statements required by 11 U.S.C. 521 within 14 days from the date of filing the petition. If a request for extension is not filed prior to the due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing in accordance with 11 U.S.C. Section 521(i). IT IS ORDERED. Attorney Disclosure of Compensation due 8/19/2025. Schedule A/B: Property due 8/19/2025. Schedule D: Creditors Who Hold Claims Secured by Property due 8/19/2025. Schedule E/F: Creditors Who Have Unsecured Claims due 8/19/2025. Schedule G: Executory Contracts and Unexpired Leases due 8/19/2025. Schedule H: Your Codebtors due 8/19/2025. Statement of Financial Affairs – Non Indv B207 due 8/19/2025. Summary of Assets and Liabilities due 8/19/2025. Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership–B202 due 8/19/2025. (Corley, Cheryl)

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE

BY THE COURT

Dated: August 6, 2025

*s/ Paul R. Thomas*
UNITED STATES BANKRUPTCY JUDGE